**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUFINO VASQUEZ-PALMA,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,<br>Respondents. | Case No. 5:26-cv-04505-AJR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 8, 2026

Joel Richlin

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE